# Exhibit # 1

**Documents as Delivered by Credit Suisse AG in 2006**

# Procuration

R. ▓▓▓.794

Nom(s) du/des donneur(s) de procuration : Monsieur Federico Marimon Garnier

...........................................................................

Le/Les soussigné(s) donne(nt) pouvoir à :

| Nom/Prénom : | Nationalité/Date de naissance : | Mode de signature : |
|---|---|---|
| Luis Francisco Marimon Garnier | espagnol | ................ |
| ......................... | .................... | ................ |
| ......................... | .................... | ................ |
| ......................... | .................... | ................ |

de le(s) représenter dans tous ses/leurs rapports avec le Crédit Suisse et, en particulier, de disposer de tous les avoirs en comptes ou sur carnets d'épargne, etc. titres et autres valeurs déposés à son/leurs nom(s), de contracter emprunt, de vendre, grever ou retirer des titres ou autres valeurs, le(s) soussigné(s) étant engagé(s) par la signature, les actes et les déclarations du/des fondé(s) de pouvoir. Celui-ci/ceux-ci pourra/pourront également conclure les actes prévus dans cette procuration en sa/leur faveur ou en faveur de tiers.

Le(s) soussigné(s) atteste(nt) l'authenticité des signatures habituelles et convenues du/des fondés de pouvoir.

Il est expressément stipulé que le présent pouvoir ne prendra pas fin par le décès ou l'incapacité civile du/des soussigné(s), mais continuera à déployer tous ses effets tant pour le(s) représentant(s) que pour le Crédit Suisse (art. 35 du Code fédéral des obligations).

Le/les fondé(s) de pouvoir signera/signeront comme suit :

Signature habituelle :

Signature convenue :

........... ▓▓▓▓ 794

Sept quatre ert sept neuf quatre

Lieu et date :

Genève, le 26.9.1983

Signature(s) du/des donneur(s) de procuration :

Réf. : ........... Visa : ...........

N° 5  5000  2.83

Power-of-Attorney R.███794

Name(s) of the donor(s) of the power-of-attorney: Mr. Federico Marimón Garnier

The undersigned person(s) hereby donate power-of-attorney to:

| Last name / first name | Nationality | Usual signature |
|---|---|---|
| Mr. Luis Francisco Marimón Garnier | Spanish | |

to represent him-, her-, them in all business dealings with the Credit Suisse, in particular to dispose of all credit balances on bank accounts and savings-bank accounts, etc. securities and any other values deposited in his-, her, their name(s), to take up loans, to sell, charge or retrieve securities or other values, the undersigned person(s) being bound by their signature, by legal acts- and declarations of power-of-attorney. The nominated attorney(s) can also conclude legal acts foreseen under this power-of-attorney in his-, her-, their favor, or in favor of third parties

Then undersigned person(s) hereby confirm(s) the genuineness of the usual signatures and identification signature of the nominated attorney(s).

It is expressly stipulated that this present power-of-attorney does not end upon the decease- or the civil incapacity -of the undersigned person(s), but continues to extend to cover all matters as regards the attorney(s) as well as the Credit Suisse (comp. Art. 35 of the Swiss Federal 'Code fédéral des obligations' (Code of Obligations governing the rights and duties of natural and legal persons).

The attorney(s) sign(s) as follows:

Usual signature

Agreed identification signature
███794
(████████████-nine-four)

Place and date:

Signature(s) of the donator(s) of the power-of-attorney

Fr. Marimón

Ref.: General          Initials: X

| Vdoc ou Succursale | | Tcc | Vdoc ou Succursale |
|---|---|---|---|
| Vérification signature | | KA :OO<br>Col 3 : 1 | pour<br>conservation |
| Contr: R.  794 | | | |

## Pouvoir aux fins de représentation aux assemblées générales

L........ soussigné ....Monsieur Federico Marimon Garnier.............................

sans imposer par là une obligation au représentant, donne............ par les présentes pouvoir
avec droit de substitution au Crédit Suisse de représenter aux assemblées générales
ordinaires ou extraordinaires les actions ou autres titres constatant des droits sociaux qui sont
déposés pour ................... compte à la banque. A défaut d'instructions particulières d........
soussigné........... le Crédit Suisse exercera le droit de vote dans le sens de l'approbation des
propositions du conseil d'administration.

Le pouvoir ne s'éteint ni par le décès d........ représenté........ ni pour aucune autre des causes
d'extinction prévues à l'article 35 du C.O. Il peut toutefois être révoqué en tout temps par un
représentant légal ou contractuel ou par un héritier.

Genève, le 26.9.1983
Lieu et date:

Signature:

Nr. 34  6.82  10

For branch use only

Form of Proxy for representation at general meetings

The undersigned: Mr. Federico Marimón Garnier,

without imposing any obligation upon the proxy, hereby donates …………power-of-proxy with right of substitution to the Credit Suisse to represent his share- or stockholdings at ordinary or extraordinary general meetings or other titles evidencing his share- or stockholder rights and these share- or stockholdings are deposited for the account of …………… with the Bank. In the absence of any special instructions of ………… whose signature is signed below, the Credit Suisse may exercise the voting rights in the sense of approving the motions moved by the board of directors.

This power-of-proxy does not extend in validity beyond the decease of ……… represented …. nor beyond any other cause of nullity foreseen under Art. 35 of the Swiss Federal 'Code fédéral des obligations' (Code of Obligations governing the rights and duties of natural and legal persons). The power-of-proxy can be revoked at any time by a legal- or contractual representative or by an heir.

Geneva, this September 26, 1983
Place and date

Signature
F. Marimón

Initials
General

·Gsr | Vdoc

C O N V E N T I⁴O N   D E   D I L I G E N C E

Nom du client  :   R. ▮▮▮.794

No. CIF  :

Le soussigné atteste avoir vérifié, avec le soin approprié aux circonstances, l'identité du contractant et celle de l'ayant droit économique, conformément aux dispositions d'exécution de la Convention.

Remarques éventuelles  :

Genève, le . 26.9.1983 . . . . . . .

Références  :  Ge22 2238/edm

Na/CDB/82

N°23  5000  3.83

Signature  :

For branch use only


DUE DILIGENCE CONVENTION
-----------------------------------------------


Name of Customer: R.█████794

No.: CIF :


The undersigned confirms having verified, with all due care appropriate to the circumstances, the identity of the contractual party and that of having capacity to act, conforming to the requirements for executing the Convention.

Any possible remarks: also known by real name


Geneva, this September 26, 1983

Ref.: Ge22 2238/em                           Signature of banking official confirming

Ni/CDB/82

Bg 5G
2893 GSR

A USAGE STRICTEMENT INTERNE

POLITIQUE DE PLACEMENT

No de dépôt : ... R .... ████ 799 ............ Date : 4-11-PC

Titulaire : ............................ F. Serv. clientèle : ....

Nat. : .... Frp ....... Dom. : .... Frp ....... Tél. int. : 2374

## OBJECTIFS

| Catégories | Structures |
|---|---|
| 1) Dossier libre | ☐ Selon politique du CS |
| 2) Rendement | ☐ Obligations / Bonds-Valor<br>Obligations conv. et/ou nos convert valor<br>Court terme et/ou Money Market Fund |
| 3) Rendement/Croissance | ☒ Obligations / Bonds-Valor<br>Obligations conv. et/ou nos convert valor<br>Actions et/ou nos fonds de placements<br>Métaux<br>Court terme et/ou Money Market Fund |
| 4) Croissance | ☐ Principalement axée sur les actions et/ou<br>nos fonds de placements<br>y compris métaux<br>Court terme et/ou Money Market Fund |

Monnaie de référence : .... Frp / $ ....

Signature du gestionnaire :

Bg 1   1500  9.86

For branch use only

STRICTLY FOR INTERNAL USE ONLY

INVESTMENT POLICIES

Deposit Acc. No.: R.███794                    Date: 11-04-1986

Account holder:                              Customer service: Rzc

Nationality:  Spanish     Resident:    Spain      Tel. internal: 2231


OBJECTIVES

Categories                              Infrastructures

1) Free selection of assets manager     ☐     CS investment policy

2) Yield                                ☐     Debentures, Valor Bonds
                                              Converted debentures and/or our converted
                                              debentures
                                              Short-term money and money market funds

3) Yield / growth                       X     Debentures, Valor Bonds
                                              Converted debentures and/or unconverted
                                              debentures
                                              Stocks and shares and/or our funds in stocks
                                              and shares
                                              Precious metals
                                              Short-term money and money market funds

4) Growth                               ☐     Main emphasis on stocks and shares and/or our
                                              funds in stocks and shares
                                              Precious metals
                                              Short-term money and money market funds

Reference currencies: CHF and USD

Signature of Assets Manager

Exclusivement à usage interne

**Vdoc/RUB**

- ☐ Ouverture
- ☒ Mutation (print DA8O/CIF)
- ☐ Annulation

- ☐ Extrait lettre du client du _____
- ☐ Ordre tél. du _____
- ☒ Visite du **16.11.1989**

### POLITIQUE DE PLACEMENT POUR UN CLIENT AVEC MANDAT DE GESTION (VVA)

Dépôt Nc :  R ███ 794-05

Titul./Rub. : ███ 794

Nat. :  espagnole       Dom. : Espagne

Segment :  CP 2

Responsable du mandat :  NG 76 / 3539

Date :  **16.11.1989**

Serv. clientèle/tél. int. :  E 71/2231

Profession :  **commerçant**

Sit. familiale :  **marié**

### 1. OBJECTIFS SELON ASSET MIX

- ☐ 1) DOSSIER LIBRE
- ☒ 2) RENDEMENT

- ☐ 3) RENDEMENT/CROISSANCE

- ☐ 4) CROISSANCE

Selon politique du CS

Obligations/BV/Obligations conv/CV/
Court terme/MMF

Obligations/BV/Obligations conv/CV/
Actions/Métaux/Court terme/MMF

Principalement axée sur les actions y compris
Métaux/Court terme/MMF

### 2. AUTORISATIONS SPECIALES (confirmation écrite du client)

- ☐ TRADING
- ☐ AGRESSIF
- ☐ OPTIONS (NON COUVERTES)

(Achats/ventes fréquents)

(Investissements risqués)

(Actes supplémentaires à signer)

### 3. MONNAIE DE REFERENCE: _____ SFR _____ (Frs ou $US)

### 4. RESTRICTIONS (confirmation écrite pour restriction impérative)

- ☒ NE PAS VENDRE L'OR | | | | | | | | | | | | | | | | | | | | | | | (max. 35 caractères)
- ☐ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | (max. 35 caractères)
- ☐ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | (max. 35 caractères)

Il est recommandé de proposer au client d'ouvrir une deuxième relation afin d'y déposer les titres restrictifs.

☐ Cocher s.v.p.

Signature du gestionnaire

Strictly for internal use only

□ Opened                                        □ Extract of customer letter
X Alteration (print DA80/CIF)                    □ Order by telephone on
□ Cancellation                                  X Visit on 11-16-1989

INVESTMENT POLICY FOR A CUSTOMER WITH AN ASSETS MANAGEMENBT MANDATE

Deposit Account No.: R.███794.05            Date: 11-16-1989

Account Holder: ███794                      Customer service internal no.: E 71/2231

Nationality: Spanish        Residency: Spain        Occupation: Commerce

Segment: CP 2                               Civil status: married

Assets manager handling mandate: ng 76 / 3539

1.OBJECTIVES FOR MIXED ASSETS

□ 1) Free selection by assets manager        According to CS investment policy

X 2) Yield                                   Debentures and bonds, converted
                                             debentures and bonds
                                             Short-term money, money market funds

□ 3) Yield and growth                        Debentures and bonds, converted
                                             debentures and bonds, stocks and shares,
                                             precious metals, short-term money,
                                             money market funds

□ 4) Growth                                  Main emphasis on stocks and shares
                                             including precious metals and short-term
                                             money, money market funds

2. SPECIAL AUTHORISATION (written confirmation of customer)

□ Trading                                    (frequent buying and selling)

□ Aggressive policy                          (hazardous investments)

□ Options (unconverted)                      (supplementary transactions to be signed)

3. REFERENCE CURRENCY:    CHF              (CHF or USD)

4. RESTRICTIONS (mandatory written customer confirmation)

X Do not sell gold                           (35 characters max.)

□                                            (35 characters max.)

□                                            (35 characters max.)

It is recommended to suggest that the customer opens a second business relationship for purposes of selling securities

Signature of Assets Manager

Exclusivement à usage interne

**Vdoc/RUE**

☒ Ouverture                  ☐ Extrait lettre du client du ........................
☒ Mutation (print DA8O/CIF)  ☐ Ordre tél. du ........................
☐ Annulation                 ☒ Visite du  *2.11.90*

## POLITIQUE DE PLACEMENT POUR UN CLIENT AVEC MANDAT DE GESTION (VVA)

Dépôt No.: ▮▮▮ *794-05*          Date: *2.11.90*

Titul./R.lib.: ▮▮▮ *794*         Serv. clientèle/tél. int.: *EM/223*

Nat.: *Esp*      Dom.: *Esp*      Profession: ........................

Segment: *Gp 2*         Sit. familiale: ........................

Responsable du mandat: ........................

### 1. OBJECTIFS SELON ASSET MIX

☐ 1) DOSSIER LIBRE          Selon politique du CS

☒ 2) RENDEMENT              Obligations/BV/Obligations conv/CV/
                            Court terme/MMF

☐ 3) RENDEMENT/CROISSANCE   Obligations/BV/Obligations conv/CV/
                            Actions/Métaux/Court terme/MMF

☐ 4) CROISSANCE             Principalement axée sur les actions y compris
                            Métaux/Court terme/MMF

### 2. AUTORISATIONS SPECIALES (confirmation écrite du client)

☐ TRADING            (Achats/ventes fréquents)

☐ AGRESSIF           (Investissements risqués)

☐ OPTIONS (NON COUVERTES)  (Actes supplémentaires à signer)

### 3. MONNAIE DE REFERENCE: *SFR* .............. (Frs ou $US)

### 4. RESTRICTIONS (confirmation écrite pour restriction impérative)

☒ *PAS DE DOLLARS*  (max. 35 caractères)

☒ *NE PAS VENDRE L'OR*  (max. 35 caractères)

☐ |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|  (max. 35 caractères)

Il est recommandé de proposer au client d'ouvrir une deuxième relation afin d'y déposer les titres restrictifs.

☐ Cocher s.v.p.

Signature du gestionnaire

I G 32

Strictly for internal use only

□ Opened                                         □ Extract of customer letter
X Alteration (print DA80/CIF)                    □ Order by telephone on
□ Cancellation                                   X Visit on 11-02-1990

INVESTMENT POLICY FOR A CUSTOMER WITH AN ASSETS MANAGEMENBT MANDATE

Deposit Account No.: R.▮794.05                   Date: 11-02-1990

Account Holder: ▮94                              Customer service internal no.: E 71/2231

Nationality: Spanish      Residency: Spain           Occupation:

Segment: CP 2                                    Civil status: family

Assets manager handling mandate: ng 76 / 3539


1.OBJECTIVES FOR MIXED ASSETS

□ 1) Free selection by assets manager            According to CS investment policy

X 2) Yield                                       Debentures and bonds, converted
                                                 debentures and bonds
                                                 Short-term money, money market funds

□ 3) Yield, growth                               Debentures and bonds, converted
                                                 debentures and bonds
                                                 Short-term money, money market funds

□ 4) Growth                                      Main emphasis on stocks and shares
                                                 including precious metals and short-term,
                                                 money, money market funds

2. SPECIAL AUTHORISATION (written confirmation of customer)

□ Trading                                                    (frequent buying and selling)

□ Aggressive policy                                          (hazardous investments)

□ Options (unconverted)                                      (supplementary transactions to be signed)

3. REFERENCE CURRENCY:    CHF                    (CHF or USD)

4. RESTRICTIONS (mandatory written customer confirmation)

X No U.S. Dollars                                (35 characters max.)

□ Do not sell gold                               (35 characters max.)

□                                                (35 characters max.)

It is recommended to suggest that the customer opens a second business relationship for purposes of selling securities

Signature of Assets Manager

K

# CONTROLE DE L'APPLICATION DE LA CONVENTION DE DILIGENCE

Formulaire à remplir, à signer et à joindre au dossier "pièces de base".

Numéro CIF                                    :     R. ▇▇ 794

Nom / Prénom / Raison sociale   :

Responsable clientèle
Nom / Prénom / Sigle                :     N. Maktouf   E 75

1.   IDENTIFICATION DES PERSONNES PHYSIQUES

    A.   Domicile ~~en Suisse ou~~ à l'étranger

        -   copie du passeport ou                                                          ☒
        -   copie carte d'identité officielle admise pour le passage      ☐
           des frontières (pas de "Visitors Passports").

    B.   Domicile en Suisse        (Autres pièces d'identification acceptées)

        -   permis de conduire suisse ou                                              ☐
        -   permis de séjour A, B, C (pas de permis de requérant d'asile).   ☐

    Pièce de légitimation pas nécessaire si le collaborateur connaît
    le client personnellement. (Une note à ce sujet doit être jointe au dossier).   ☐

    C.   Ouverture de la relation par correspondance, domicile en Suisse

        -   spécimen de signature envoyé par poste recommandée.         ☐

    D.   Ouverture de la relation par correspondance, domicile à l'étranger

    Spécimen de signature envoyé par courrier normal, authentifié par :

        -   une succursale, société affiliée ou représentation CS à l'étranger ou   ☐
        -   un client digne de confiance que nous connaissons personnellement ou   ☐
        -   un correspondant bancaire à l'étranger ou                                   ☐
        -   une représentation diplomatique ou un consulat.                          ☐

IDENTIFICATION DES PERSONNES MORALES ET DES SOCIETES

Les documents remis doivent fournir à la banque la certitude que la société existe réellement et que les personnes indiquées sont habilitées à la représenter.

A.   Sociétés domiciliées en Suisse

   a)   inscrites au Registre du commerce

- publication dans Feuille officielle suisse du commerce ou enregistrement dans Annuaire suisse du Registre du commerce ☐
- extrait du Registre du commerce. ☐

   b)   pas inscrites au Registre du commerce

- contrôle à partir des statuts et du dernier procès-verbal. ☐

B.   Sociétés domiciliées à l'étranger

- contrôle à partir d'un extrait du Registre du commerce ou d'un document équivalent (par ex. "Certificate of Incorporation"). Particularités pour sociétés de certains pays: cf A-1233, annexe B. ☐

Nota :   Contrôler à l'écran si le détenteur du secret professionnel reçoit l'original ou une copie du courrier. ☐

3.   FORMALITES DANS LE DOSSIER "PIECES DE BASE" DES PERSONNES PHYSIQUES

Dans tous les cas

- spécimen de signature. ☒
- photocopie de la pièce d'identité présentée. ☒
- "check-list clients privés/clients entreprises". ☐

En outre,

- s'il y a des doutes sur la qualité d'ayant droit économique du client,
- si le client désigne un tiers comme ayant droit économique, ☐
- si le compte est ouvert par correspondance par une personne domiciliée à l'étranger. ☐

établir le formulaire A et
codifier CIF après signature du client ☐

Observations   (lacunes constatées / mesures prises, etc.)

Manque pièce de légitimation dans le dossier "pièces de base".
Manque adresse du client.
Mandat (FORM. 1-3-5) pas codifié à l'écran.
Changer décharge fiduciaire par form. N°193
Manque pouvoir aux assemblées form. N°34.

| | | | |
|---|---|---|---|
| Genève, 18 mars 92 | Nom | Sigle | Signature |
| Date | | | |

VERIFICATION OF THE APPLICATION OF THE DUE DILIGENCE CONVENTION

Form to be completed, signed and attached to the 'basic information' customer file

CIF Number:                                    R. ███ 794

First name, last name, corporate objects:

Assets manager handling mandate:          N. Maktoeif E75

First name, last name, rubber stamp:

1. IDENTIFICATION OF NATURAL PERSONS

1. Resident in Switzerland or abroad
- copy of passport, or                                                              X
- copy of official identity card issued for passing                                 ☐
  International borders (not a 'visitors' passport)

E. Resident in Switzerland (other types of identification documents also accepted)

- a Swiss driving license or                                                        ☐
- foreign national residency permit 'A', 'B', 'C' (not an asylum seeker permit)     ☐

Identification document not required when the bank official knows the customer personally.
(A note on this matter should be attached to the customer file)

C. Opening of a customer account relationship by correspondence when Swiss residency exists

- specimen of signature sent by registered (sign-for) postal mail                   ☐

D. Opening of a customer account relationship by correspondence when residency abroad exists

Specimen of signature sent by normal postal mail and confirmed as genuine by:
- a CS branch, a company affiliated with- r representing CS abroad, or              ☐

- a bank customer deemed to be trustworthy, whom we know personally, or ☐
- a correspondent bank abroad, or ☐
- a diplomatic representation or a consulate ☐


## 2. IDENTIFICATION OF LEGAL PERSONS, CORPORATIONS AND COMPANIES

The documents provided are to provide the Bank with the certitude, that the legal person (corporation or company) actually exists and, that the persons indicated are authorized to represent these.

### A. Legal persons (corporations or companies) domiciled in Switzerland

a) Registered in a commercial register of business names and corporate entities in Switzerland

- Published in the Swiss Commercial Gazette, or
  Registered in the year book of the Swiss Commercial Register of Business Names and
Corporate Entities ☐
- Extract from a Cantonal Commercial Register of Business Names and Corporate Entities ☐

b) Not registered in a commercial register of business names and corporate entities in Switzerland

- Verification by articles of association or last minutes of a stockholders meeting ☐

### B. Legal persons (corporation or companies) domiciled abroad

- Verification on the basis of an extract from a commercial register of business names
  and corporate entities (e.g. 'certificate of incorporation').
  For particulars of corporate entities of certain countries: please see A-1233, Annex B ☐

N.B. Verification can be made 'on screen' (electronically) when the holder of an
occupational secret receives the original or a copy of the dispatch ☐


## 3. FOMALITIES IN THE 'BASIC INFORMATION' CUSTOMER FILE FOR NATURAL PERSONS

In all cases

- specimen of signature                                                                                X
- photocopy of the identity document provided                                                          X
- 'check list of private- and commercial customers'                                                    ☐

Sundries
- when there are doubts of the degree of economic benefit of the customer                              ☐
- when the customer designates a third party as economic beneficiary                                   ☐
- when the account is opened by a person resident abroad                                               ☐

Establish Form 'A', and                                                                                ☐
Place the code 'CIF' after the signature of the customer                                               ☐

Remarks (deficiencies ascertained, countermeasures taken, etc.)

No identification evidence in the customer basic information file                                      ☐
No postal address of the customer                                                                      ☐
Mandate /FORM. 1-3-5) not encoded 'on the screen'                                                      ☐
Alter fiduciary exoneration with Form No. 193                                                          ☐
No form of proxy for corporate meetings, Form No.: 34                                                  ☐

Geneva 23 March 1992
Date                                    Name        Rubber Stamp      Signature

| | NZC? | RUB. Cc | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 03005 | 20.01.93 | 14 42 | | | | |

**METTRE UNE CROIX**

## DEMANDE DE CLOTURE POUR SOLDE ET TRANSFERT

Nom, Prénom / raison sociale

| | D'UNE OU PLUSIEURS RELATIONS |
|---|---|
| XX | DE LA DERNIÈRE ou DES DERNIÈRES RELATIONS |

No Cif

No. ███794          0251-███794-0

BOUCLEMENT POUR ANNULATION EXTERNE (00071)     à acheminer au client / interne à .............................

| Nos de relation | Désignation de la relation | Monnais | Valeur | Solde à transférer (à indiquer par la comptabilité) |
|---|---|---|---|---|
| ███794-01 | c/c | FRS | | |
| ███794-02-4 | c/c | DM | | |
| ███794-02-1 | c/c | US$ | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | V2 | |

**DEVISES**

**INSTRUCTIONS DE TRANSFERT :**

Veuillez svp clôturer les comptes susmentionnés et transférer les soldes finaux en faveur du compte No. ███12 INT, auprès de la Deutsche Bank (Suisse) SA, Genève , à l'att. de M. Diehr/M. Espinosa.

D'avance merci

| Valeur globale estimée en ... (titres + avoir) | |
|---|---|
| Titres : | |
| Frs | ............................ |
| Avoir : | |
| Frs | ............................ |
| Total : | |
| Frs | ............................ |

## TAXES ET FRAIS DÉBITÉS / A IMPUTER

☐ Droits de garde _____ (montant par Tce)     ☐ Titres _____

☐ Frais de mandat _____ (indiquer si supplément)     ☐ Frais d'administration OUI / NON

**CARTE DE CRÉDIT**

☐ Carte EC/EM retournée

**VISA (MEMBRE DE DIRECTION)**

| D'après | lettre + visite du 7.12.92 |
|---|---|
| D'ordre du service | E75 |
| Date | 19.01.1993 |
| No tél. int. | 3622 |
| Signature | |

V 15

For office use only

REQUEST FOR CLOSURE OF ACCOUNT          □ ONE OR MORE CUSTOMER RELATIONSHIPS
TRANSFER OF BALANCE                     □ XX OF THE LAST CUSTOMER RELATIONS

Last name, first name, corporate objects          CIF NO.:

No.: ■794                                          0251■794-0

-------------------------------------------------------------------------------------------------------------

SUMMARY FOR EXTERNAL CANCELLATIONS (00071) to be directed to the customer and
internally to:

| Our Customer A/c, numbers | Type | Currency | Value | Balance to transfer (to be indicated by the Accounts Dept. |
|---|---|---|---|---|
| ■794-01 | Current account CHF | | | |
| ■794-02-4 | Current account DEM | | | |
| ■794.02-1 | Current account USD | | | |

(V      01251993)


SUNDRIES


INSTRUCTIONS FR THE TRANSFER OF THE BALANCES

Please close the above mentioned accounts and transfer the final balances to the Deutsche
Bank (Suisse) SA, Geneva, Switzerland for the credit of account no.: ■012   INT,
For the attention of Mr. Diehr and Mr. Espinosa.
Thank you in advance.


Estimated global value in securities and credit balances
Securities:
CHF

Credit balances

CHF

Total

CHF

BANK CHARGES ALREADY DEBITED OR TO BE CHARGED

☐ Safe-keeping charges      (amount per mille)      ☐ Securities

☐ Mandate charges      (indicted when supplementary      ☐ Management
                                                              charges YES / NO

Credit Card            INTIALS            Following letter and visit: 12071992

☐ EC/EM Card returned      (MEMBER OF      Service order E75 Internal tel. no.: 3622
                                     MANAGEMNENT      Date: 01191993      Signature: M.S.
                                     BOARD





Mandat  GE22                    ███794-0 *

M. Federico Marimon Garnier                    Espagnole/Espagne

Roca y Battle, E-Barcelona 28

proc. p.m.:    Mr. Luis Francisco Marimon Garnier

Tout Garder

Solde    25.01.93

Saisi                    Controle                    Confirme

<u>File Cover Sheet</u>

Mandate GE22                                CIF No.: ▮794-0

Mr. Federico Marmón Garnier

Roca y Battle, Barcelona 28, Spain

Power-of-attorney and -proxy donated to :

Mr. Luis Francisco Marimón Garnier

Please retain everything

Account closed: 01-25-1993

Registered                        Verified                        Confirmed

11/05/2006    10:47                                                    123-527    P.001

# CREDIT SUISSE

**CREDIT SUISSE**
Legal Private Banking          Telefon   +41 (0)44 333 50 22
Bräunlischweiz 25              Telefax   +41 (0)44 333 85 82
P. O. Box                      www.credit-suisse.com
8070 Zürich

## Fax

| An | Frau Mangliers | Von | Renate Sgier |
|----|----|----|----|
| | | | Legal Private Banking |
| | | | Estate & Inquiries, YPPSE |
| Telefax | +34 952 331 016 | Seiten | 2  (incl. dieser Seite) |
| Kopie an | | Datum | 11. Mai 2006 |
| Betreff | Dr. A. Bäuml | | |

Sehr geehrte Frau Mangliers

Anbei senden wir Ihnen vereinbarungsgemäss die Bestätigung betr. Herausgabe der Bankunterlagen bzgl. Nachlass Dr. A. Bäuml.

Sollten Sie allfällige Änderungswünsche haben, können Sie die Rechtsunterzeichnete gerne kontaktieren.

Freundliche Grüsse

CREDIT SUISSE

Marc Ribge                                  Renate Sgier
Vorname Name                                Vorname Name
Titel/Funktion                              Titel/Funktion

Credit Suisse
Legal Private Banking,
Estate and Inquiries YPSE
Brandschenke-Strasse 25
P. O. Box
CH-8010 Zurich, Switzerland

Fax

To: Ms. Mangiers
From: Ms. Renate Sgier
Legal Private Banking,
Estate and Inquiries YPSE

Fax No.: (0034 952) 831016          2 Pages

Estate of Dr. Baeuml

Dear Ms. Mangliers,

we enclose herewith as agreed a confirmation of the relinquishment and handing-over of bank
documentation in regard to the estate of Dr. Baeuml.

Should you require any changes, please contact the right-hand undersigned officer.

Yours truly

Marc Ribas                          Renate Sgier

11/05/2006   18:47

Nr.627   P002

# CREDIT SUISSE

CREDIT SUISSE
Legal Private Banking
Brandschenkestr. 25
P.O. Box
8070 Zürich

Telefon   +41 (0)44 333 56 22
Telefax   +41 (0)44 333 25 30
www.credit-suisse.com

Legal Private Banking
Estate & Inquiries YPSE

Rahela Spier
Director
+41 (0)44 333 56 22

Frau
Gerda Mangliers
Ulmenstrasse 9
D-83339 Chieming

11. Mai 2006

## Wolfgang Ambrosius Bäuml

Sehr geehrte Frau Mangliers

Zurückkommend auf das Telefongespräch vom 9. Mai 2006 mit unseren Rechtsunterzeichneten können wir Ihnen schriftlich bestätigen, dass Ihnen die Bankunterlagen in Bezug auf Federico Marimon Garnier sowie Luis Francisco Marimon Garnier im Zusammenhang mit den Nachforschungen bzgl. dem Verbleib der Vermögenswerte von Dr. A. Bäuml von der Credit Suisse ausgehändigt worden sind.

Freundliche Grüsse

CREDIT SUISSE

Mark Rees
Assistant Vice President

Rahela Spier
Director

<u>Credit Suisse</u>

Legal Private Banking,

Estate and Inquiries YPSE

Brandschenke-Strasse 25

P. O. Box

CH-8010 Zurich, Switzerland


Ms. Gerda Mangliers

Ulmen-Strasse 9

D-83339 Chieming, Germany


May 11, 2006


Wolfgang Ambrosius Baeuml


Dear Ms. Mangliers,


we refer to the telephone discussion on May 09, 2006 with the right-hand undersigned officer, and we can confirm in writing, that the bank documentation concerning Mr. Federico Marimón Garnier as well as that of Mr. Luis Marimón Garnier in connection with the researches for the location of the assets of Dr. A. Baeuml, have already been relinquished and handed out to you by the Credit Suisse.


Yours faithfully,


Marc Ribas                                          Renate Sgier

Assistant Vice President                    Director